IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00166-MOC-WCM

| | |
|---|---|
| HEATHER KATHLEEN GUNN, | ) |
| | ) |
| Plaintiff, | ) |
| | )   NOTICE |
| v. | ) |
| | ) |
| BRANDON R. PADGETT | ) |
| NC State Highway Patrol Trooper, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

This matter is before the undersigned for case management purposes.

On March 30, 2022, the undersigned entered an Order recommending that this case be removed from the Pro Se Settlement Assistance Program, and that the parties be directed to conduct an initial attorney conference (the "March 30 Order," Doc. 21).

The parties are hereby advised that, pursuant to Title 28, United States Code, Section 636, and Federal Rule of Civil Procedure 72(b)(2), they may submit written objections to the March 30 Order within fourteen (14) days of service of this Notice. Responses to the objections must be filed within fourteen (14) days of service of the objections. Failure to file objections to the March 30 Order with the presiding District Judge will preclude the parties from raising

1

such objections on appeal. See Thomas v. Arn, 474 U.S. 140, 140 (1985); United States v. Schronce, 727 F.2d 91, 94 (4th Cir. 1984).

Signed: April 14, 2022

W. Carleton Metcalf
United States Magistrate Judge