IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00166-MOC-WCM

| | |
|---|---|
| HEATHER KATHLEEN GUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| BRANDON R. PADGETT ) | |
| NC State Highway Patrol Trooper, ) | |
| ) | |
| Defendant. ) | |

Before the Court is a Notice of Noncooperation (the "Notice," Doc. 35) and a Motion for Extension of Time to File Dispositive Motions (the "Motion," Doc. 36), both filed by Defendant. A status conference and hearing on the Motion were conducted on April 10, 2023 during which the undersigned ruled orally. This Order memorializes that ruling.

On July 25, 2022, a Pretrial Order and Case Management Plan was entered setting, among other things, a deadline of February 24, 2023 for the parties to complete mediation and a deadline of March 7, 2023 for them to file motions, if any. Trial was scheduled for the term beginning on August 7, 2023. Doc. 32.

1

On January 1, 2023, the deadline to complete mediation was extended through and including March 27, 2023, and the motions deadline was extended through and including April 6, 2023.

During the April 10 hearing, the Court addressed the parties' failure to conduct mediation by the March 27 deadline. In addition, Plaintiff stated that she did not object to Defendant's request, as stated in the Motion, that the deadline to file dispositive motions be extended by thirty days, through and including May 5.

The undersigned directed the parties to confer regarding a mediator and a specific date for a settlement conference within the next 30 days, and recessed the hearing for that purpose. Subsequently, the parties reported that they had agreed to conduct mediation with Vicki Battle-Cashwell on Monday, May 8, 2023. The Court then reset the associated deadlines as stated herein.

**IT IS THEREFORE ORDERED THAT:**

1. The deadline for the parties to conduct a mediated settlement conference is **EXTENDED** through and including May 8, 2023, and the deadline to file dispositive motions is **EXTENDED** through and including May 22, 2023.

2. In light of the above extension, the Motion for Extension of Time to File Dispositive Motions (Doc. 36) is **DENIED AS MOOT**.

3. Trial is **RESET** to the October 2, 2023 term.

4. All other provisions of the Pretrial Order and Case Management Plan (Doc. 32), as amended, remain in effect.

5. As discussed during the hearing, the parties should not expect any extensions of any remaining deadlines.

Signed: April 10, 2023

W. Carleton Metcalf
United States Magistrate Judge