# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kathleen D. Rodberg, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:21-cv-00186-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| SavaSeniorCare Administrative and Consulting, LLC et al | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2023 Order.

September 27, 2023

*[signature]*

Katherine Hord Simon, Clerk
United States District Court